In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, Respondent, in Relation to Lands Claimed to Be Owned by PETER HOF et al.

OTIS ELEVATOR COMPANY, Appellant; THE CITY OF BUFFALO et al., Respondents.

*Matter of Grade Crossing Comrs., Buffalo*, 176 App. Div. 349, appeal dismissed.
(Argued April 16, 1917; decided May 1, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 16, 1917, which reversed an order of Special Term denying a motion to vacate and set aside the report of commissioners of appraisal in the above-entitled proceeding and granted said motion. The appellant contended that the report of the commissioners appointed after the original reversal was under the statute final; that the Appellate Division was without power or authority to reverse the order confirming the report; that such order of confirmation was wholly unnecessary; that the report of the commissioners was in and of itself sufficient to vest in the Otis Elevator Company the sum awarded by said commissioners, and that the attempted reversal and vacation of such report was without jurisdiction, and a denial of that due process of law guaranteed by sections .6 and 7 of article 1 of the Constitution of the state of New York, and by the Fourteenth Amendment of the Constitution of the United States.

*Edward C. Randall* and *Benjamin S. Dean* for appellant.

*De Witt Clinton* and *Myron S. Short* for grade crossing commissioners, respondent.

*William S. Rann, Corporation Counsel (Jeremiah J. Hurley* of counsel), for City of Buffalo, respondent.

*Maurice C. Spratt* for New York Central Railroad Company, respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: POUND, J.